# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN JAMES WINK, )<br>)<br>Defendant. ) | Case No. 05-6009-01-CR-SJ-GAF |

## ORDER

Now pending before the Court is defendant's Motion to Suppress Statements. On July 13, 2005, United States Magistrate Sarah W. Hays conducted an evidentiary hearing on defendant's motion.

On October 3, 2005, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Statements is OVERRULED and DENIED.

SO ORDERED.

    /s/ Gary A. Fenner
    GARY A. FENNER, JUDGE
    United States District Court

DATED: October 24, 2005